NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1415

### JOHN P. GILLIG and TRIPLE TEE GOLF, INC.,

Plaintiffs-Appellants,

v.

### NIKE, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Texas in case no. 08-CV-743, Judge John H. McBryde.

ON MOTION

### O R D E R

Upon consideration of the appellants' motion for extensions of time for the parties to file their briefs,

IT IS ORDERED THAT:

The motion is granted. The appellants' opening brief is due no later than October 19, 2009. The appellee's brief is due no later than December 8, 2009. The appellants' reply brief is due no later than December 22, 2009.

FOR THE COURT

___AUG 0 7 2009___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Melvin K. Silverman, Esq.
Christopher J. Renk, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 07 2009

JAN HORBALY
CLERK